```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00711-HWV
Paul R. McHugh                                                  Chapter 7
Diane E. McHugh
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: admin              Page 1 of 1            Date Rcvd: Jun 08, 2020
                              Form ID: 318             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
```
db/jdb      +Paul R. McHugh,    Diane E. McHugh,    85 W. Vine St.,    Camp Hill, PA 17011-6345
5305795     +Aes Members 1st FCU,    Attn: Bankruptcy,   PO Box 40,    Mechanicsburg, PA 17055-0040
5305800     +Huntindon National Bank,    Attn: Bankruptcy,    PO Box 340996,    Columbus, OH 43234-0996
5305801      Quicken Loans,   P.O. Box 6577,    Carol Stream, IL 60197-6577
5305802      Republic Bank & Trust Company,    PO Box 6877,    Carol Stream, IL 60197-6877
5305803     +Rocket Loans,    Attn: Bankruptcy,   1274 Library Street,    Detroit, MI 48226-2256
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5305796       +EDI: CAPITALONE.COM Jun 08 2020 23:13:00      Capital One,   Bankruptcy Department,
               P.O. Box 30285,   Salt Lake City, UT 84130-0285
5305797        EDI: DISCOVER.COM Jun 08 2020 23:13:00      Discover Financial,    Attn: Bankruptcy,
               P.O. Box 15316,   Wilmington, DE 19850
5305798       +EDI: FORD.COM Jun 08 2020 23:13:00      Ford Motor Credit Company,    P.O. Box 220564,
               Pittsburgh, PA 15257-2564
5305804       +EDI: RMSC.COM Jun 08 2020 23:13:00      Synchrony Bank/PPC,    Attn: Bankruptcy Department,
               PO Box 965060,   Orlando, FL 32896-5060
5305805       +EDI: RMSC.COM Jun 08 2020 23:13:00      Synchrony Bank/Sams Club,    Attn: Bankruptcy Department,
               PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5305799*      Ford Motor Credit Company,    PO Box 220564,   Pittsburgh, PA 15257-2564
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Leah M Stump    on behalf of Debtor 2 Diane E. McHugh lstump@shepleylaw.com
              Leah M Stump    on behalf of Debtor 1 Paul R. McHugh lstump@shepleylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | Paul R. McHugh | Social Security number or ITIN xxx–xx–7928 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diane E. McHugh | Social Security number or ITIN xxx–xx–8467 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00711–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul R. McHugh
aka Paul R. McHugh Jr.

Diane E. McHugh

**By the court:**

*[signature]*

6/8/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2